B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Green, John A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Green, Yolanda S** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FKA Yolanda S Collins; AKA Yolanda S Collins-Green** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9788** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5005** |
| Street Address of Debtor (No. and Street, City, and State):<br>**25716 S. Middle Point Ave.**<br>**Monee, IL**<br>ZIP Code **60449** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**25716 S. Middle Point Ave.**<br>**Monee, IL**<br>ZIP Code **60449** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)
Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Green, John A**<br>**Green, Yolanda S** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **Northern District of IL, Eastern Division** | Case Number:<br>**07-08233** | Date Filed:<br>**5/04/07** |
| Location<br>Where Filed: **Northern District of IL, Eastern Division** | Case Number:<br>**04-43760** | Date Filed:<br>**11/24/04** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Alfredo J. Garcia ARDC No.**     **May  7, 2011**<br>Signature of Attorney for Debtor(s)     (Date)<br>**Alfredo J. Garcia ARDC No. 6282408** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                      Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Green, John A**
**Green, Yolanda S**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ John A Green**
Signature of Debtor  **John A Green**

X  **/s/ Yolanda S Green**
Signature of Joint Debtor  **Yolanda S Green**

Telephone Number (If not represented by attorney)

**May  7, 2011**
Date

### Signature of Attorney*

X  **/s/ Alfredo J. Garcia ARDC No.**
Signature of Attorney for Debtor(s)

**Alfredo J. Garcia ARDC No. 6282408**
Printed Name of Attorney for Debtor(s)

**LEDFORD & WU**
Firm Name

**200 S. Michigan Avenue, Suite 209**
**Chicago, IL 60604-2406**

Address

**Email: notice@ledfordwu.com**
**(312) 294-4400  Fax: (312) 294-4410**
Telephone Number

**May  7, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **John A Green**
**Yolanda S Green**
_____
Debtor(s)

Case No. _____

Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ John A Green**
                              **John A Green**

Date:    **May 7, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John A Green**
**Yolanda S Green**                     Case No.

Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Yolanda S Green**
                        **Yolanda S Green**

Date:   **May  7, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John A Green,**                                                 Case No. _____
**Yolanda S Green**
_____ ,
Debtors                         Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 9,405.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 3,879.77 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 53 | | 371,009.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,712.72 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,697.00 |
| Total Number of Sheets of ALL Schedules | | 66 | | | |
| Total Assets | | | 9,405.50 | | |
| Total Liabilities | | | | 374,889.31 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **John A Green,**                                      Case No. _____
         **Yolanda S Green**

                                          ,
                                Debtors       Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 3,879.77 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 3,879.77 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,712.72 |
| Average Expenses (from Schedule J, Line 18) | 6,697.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,500.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 3,879.77 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 371,009.54 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 371,009.54 |

B6A (Official Form 6A) (12/07)

.

In re    **John A Green,**                                            Case No. _____
      **Yolanda S Green**

_____ ,
                             Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **John A Green,**                                              Case No. _____
         **Yolanda S Green**
                                                              ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash On Hand** | J | 79.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking Account** | J | 53.00 |
| | | **Chase Savings Account** | J | 16.50 |
| | | **St. James Federal Credit Union** | W | 12.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Landlord:  $1,490** | J | 0.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **3 Television Sets, DVD Player, Microwave, Kitchen Table & Chairs, Pots & Pans, Dishware, Vaccum, 3 Bedroom Sets, Rug, Desk, Filing Cabinet, Lamps, Telephone, and Lawnmower.** | J | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Table Fountain & Wall Plaque** | J | 30.00 |
| | | **Books & Family Pictures** | J | 50.00 |
| 6.  Wearing apparel. | | **Necessary Wearing Apparel** | J | 200.00 |
| 7.  Furs and jewelry. | | **Necklace** | W | 15.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance Policy with American General---No Cash Surrender Value** | H | 0.00 |
| | | **Term Life Insurance Policy with American General---No Cash Surrender Value** | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >              2,955.50
(Total of this page)

  **2**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **John A Green,**                                  Case No. _____

       **Yolanda S Green**

_____,

                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | 401(k) | | H | 5,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                   Sub-Total >        **5,000.00**

                                            (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **John A Green,**                                              Case No. _____
         **Yolanda S Green**
                                                    ,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Mitsubishi Diamante** | **H** | **1,450.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Pets: Fish** | **J** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **1,450.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **9,405.50** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **John A Green,**                                          Case No. _____
         **Yolanda S Green**
                                                              ,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash On Hand** | **735 ILCS 5/12-1001(b)** | **79.00** | **79.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Checking Account** | **735 ILCS 5/12-1001(b)** | **53.00** | **53.00** |
| | | | |
| **Chase Savings Account** | **735 ILCS 5/12-1001(b)** | **16.50** | **16.50** |
| | | | |
| **St. James Federal Credit Union** | **735 ILCS 5/12-1001(b)** | **12.00** | **12.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **3 Television Sets, DVD Player, Microwave, Kitchen Table & Chairs, Pots & Pans, Dishware, Vaccum, 3 Bedroom Sets, Rug, Desk, Filing Cabinet, Lamps, Telephone, and Lawnmower.** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Table Fountain & Wall Plaque** | **735 ILCS 5/12-1001(b)** | **30.00** | **30.00** |
| | | | |
| **Books & Family Pictures** | **735 ILCS 5/12-1001(a)** | **50.00** | **50.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Necessary Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Necklace** | **735 ILCS 5/12-1001(a)** | **15.00** | **15.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k)** | **735 ILCS 5/12-1006** | **5,000.00** | **5,000.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1998 Mitsubishi Diamante** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **1,450.00** |

|  | Total: | **10,355.50** | **9,405.50** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **John A Green,**
        **Yolanda S Green**
                                                                    Case No. _____

                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

_**0**_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re      **John A Green,**                                         Case No. _____
        **Yolanda S Green,**
                                                    ,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                            __1__     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **John A Green,**
    **Yolanda S Green**                                                    Case No. _____

                                        Debtors                                                      ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

                                                                          TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **P16218310** <br><br> **Illinois Department of Revenue** <br> **P.O.Box 19006** <br> **Springfield, IL 62794-9006** | | J | **State Income Tax** | | | | <br><br>**3,879.77** | **0.00** <br><br> **3,879.77** |
| Account No. <br><br> **Illinois Department of Revenue** <br> **Bankruptcy Section, Level 7-425** <br> **100 W. Randolph Street** <br> **Chicago, IL 60601** | | | **Representing:** <br> **Illinois Department of Revenue** | | | | **Notice Only** | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to | | | Subtotal | **0.00** | |
| Schedule of Creditors Holding Unsecured Priority Claims | | | (Total of this page) | **3,879.77** | **3,879.77** |
| | | | Total | **0.00** | |
| | | | (Report on Summary of Schedules) | **3,879.77** | **3,879.77** |

B6F (Official Form 6F) (12/07)

In re   **John A Green,**
         **Yolanda S Green** 

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8535<br><br>**Acct Recov**<br>**555 Van Reed Rd**<br>**Wyomissing, PA 19610** | | H | Med1 02 St James Hospital And Health | | | | **500.00** |
| Account No.<br><br>**St. James Hospital**<br>**37653 Eagle Way**<br>**Chicago, IL 60678** | | | Representing:<br>Acct Recov | | | | **Notice Only** |
| Account No. xxxxxx8537<br><br>**Acct Recov**<br>**555 Van Reed Rd**<br>**Wyomissing, PA 19610** | | H | Med1 02 St James Hospital And Health | | | | **300.00** |
| Account No.<br><br>**St. James Hospital & Health Ctr.**<br>**37653 Eagle Way**<br>**Chicago, IL 60678-1376** | | | Representing:<br>Acct Recov | | | | **Notice Only** |

__52__ continuation sheets attached

Subtotal
(Total of this page)          **800.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**
     **Yolanda S Green**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxx3176** **Acct Recov** **555 Van Reed Rd** **Wyomissing, PA 19610** | | H | | | **Med1 02 St James Hospital And Health** | | | | 100.00 |
| Account No. **St. James Hospital** **2434 Interstate Plaza** **Hammond, IN 46324** | | | | | Representing: **Acct Recov** | | | | Notice Only |
| Account No. **xxxx9555** **ACN** **PO Box 742546** **Cincinnati, OH 45274** | | J | | | **Debt Owed** | | | | 306.72 |
| Account No. **Recievables Management** **PO BOX 1385** **Saginaw, MI 48605** | | | | | Representing: **ACN** | | | | Notice Only |
| Account No. **xxxx4358** **Advance Cash America** **6229 W. Saginaw** **Lansing, MI 48917** | | J | | | **Payday Loan** | | | | 645.95 |

Sheet no. __1___ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,052.67

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**                                                    Case No. _____
      **Yolanda S Green**
_____,
                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2021** | | | Medical | | | | |
| **Alverno Advanced Life** **PO Box 747** **Chicago Heights, IL 60411** | | J | | | | | 794.00 |
| Account No. **xx0522** | | | Opened  8/01/07 CollectionAttorney Tcf National Bank II | | | | |
| **American Collections** **919 Estes Ct** **Schaumburg, IL 60193** | | J | | | | | 254.00 |
| Account No. | | | Representing: **American Collections** | | | | |
| **TCF National Bank** **800 Burr Ridge Parkway** **Burr Ridge, IL 60527** | | | | | | | Notice Only |
| Account No. **xx6164** | | | Debt Owed | | | | |
| **American Credit Educators** **2000 S. Colorado Boulevard** **Tower One, Suite 3300** **Denver, CO 80222** | | J | | | | | 250.00 |
| Account No. **1999 M1 734842  1999 M1 733107** | | | Debt Owed | | | | |
| **Angelia L. Sowell** **C/O McCullough Campbell & Lane** **205 N. Michigan, Suite 4100** **Chicago, IL 60601** | | J | | | | | 1,330.00 |

Sheet no. _**2**___ of _**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  2,628.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**
       **Yolanda S Green**                                                    Case No. _____

_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xxxxxxx3849 | | | | | Opened 9/01/08 CollectionAttorney Consultants In Pathology | | | | |
| Arnoldharris/Med Business Bureau 1460 Renaissance Dr Park Ridge, IL | | | J | | | | | | |
| | | | | | | | | | 968.00 |
| Account No. | | | | | | | | | |
| Consultants in Pathology PO Bozx 9231 Michigan City, IN 46361-9231 | | | | | Representing: Arnoldharris/Med Business Bureau | | | | Notice Only |
| Account No. xxxx xx xx3139 | | | | | Debt Owed | | | | |
| Aronson Furniture C/O Freedman Anselmo Lindberg 1807 W. Diehl Naperville, IL 60566 | | | J | | | | | | |
| | | | | | | | | | 672.00 |
| Account No. xxxx xx xx6781 | | | | | Debt Owed | | | | |
| Aronson Furniture C/O Freedman Anselmo Lindberg 1807 W. Diehl Naperville, IL 60566 | | | J | | | | | | |
| | | | | | | | | | 945.32 |
| Account No. xxxx9802 | | | | | Opened 9/01/08 CollectionAttorney Cortrust Bank N.A. | | | | |
| Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | | J | | | | | | |
| | | | | | | | | | 895.00 |

Sheet no. __3___ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **3,480.32**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**                                        Case No. _____
      **Yolanda S Green**

_____,
                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CorTrust Bank**<br>**PO Box 5431**<br>**Sioux Falls, SD 57117-5431** | | | **Representing:**<br>**Arrow Financial Services** | | | | **Notice Only** |
| Account No. **xxxx1346**<br><br>**Arrow Financial Services**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714** | | J | **Opened 1/01/08**<br>**CollectionAttorney Premier Bankcard Inc.** | | | | **409.00** |
| Account No. <br><br>**Premier Bank Card**<br>**3820 N. Louise Ave**<br>**Sioux Falls, SD 57107** | | | **Representing:**<br>**Arrow Financial Services** | | | | **Notice Only** |
| Account No. **xx xxxx4736**<br><br>**Assoc. St. James Radioligists**<br>**PO Box 3463**<br>**Springfield, IL 62708** | | J | **Medical** | | | | **76.89** |
| Account No. **xx xxx0926**<br><br>**Assoc. St. James Radioligists**<br>**PO Box 3463**<br>**Springfield, IL 62708** | | J | **Medical** | | | | **484.00** |

Sheet no. __**4**___ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                         (Total of this page)    **969.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**
       **Yolanda S Green**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0440** | | | Medical | | | | |
| **Assoc. St. James Radioligists** **PO Box 3463** **Springfield, IL 62708** | | J | | | | | 33.00 |
| Account No. | | | | | | | |
| **Creditors Collection Bureau** **PO Box 63** **Kankakee, IL 60901** | | | Representing: **Assoc. St. James Radioligists** | | | | Notice Only |
| Account No. **xx xxx9750** | | | Medical | | | | |
| **Associated St. James Radiologists** **PO Box 3463** **Springfield, IL 62708** | | J | | | | | 175.00 |
| Account No. **xx2822** | | | Utility | | | | |
| **AT & T** **P.O.Box 8100** **Aurora, IL 60507** | | J | | | | | 462.20 |
| Account No. | | | | | | | |
| **RMA** **802 E. Martin Town Road** **Suite 201** | | | Representing: **AT & T** | | | | Notice Only |

Sheet no. __5___ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

670.20

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John A Green,**       Case No. _____
     **Yolanda S Green**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**RMA** <br>**802 E. Martin Town Road** <br>**Suite 201** <br>**North Augusta, SC 29841** | | | | Representing: <br>AT & T | | | | **Notice Only** |
| Account No. **xxxx7455** <br><br>**Bally Total Fitness** <br>**PO Box 1090** <br>**Norwalk, CA 90650** | | | J | Debt Owed | | | | **2,576.04** |
| Account No. <br><br>**Asset Acceptance** <br>**P.O. Box 2036** <br>**Warren, MI 48090** | | | | Representing: <br>Bally Total Fitness | | | | **Notice Only** |
| Account No. <br><br>**Financial Credit Corp.** <br>**PO Box 9064** <br>**Brandon, FL 33509** | | | | Representing: <br>Bally Total Fitness | | | | **Notice Only** |
| Account No. **xxxx9620** <br><br>**Baystate Gas-brockton** <br>**Po Box 67015** <br>**Harrisburg, PA 17106** | | | J | Opened 12/01/09 <br>CollectionAttorney Columbia House | | | | **117.00** |

Sheet no. __6__ of __52__ sheets attached to Schedule of           Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)     **2,693.04**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**
      **Yolanda S Green**
                                                ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Columbia House<br>PO Box 91601<br>Indianapolis, IN 46291** | | | | **Representing:<br>Baystate Gas-brockton** | | | | **Notice Only** |
| Account No. **J1288126D1**<br><br>**Blue Cross Blue Sheild<br>300 East Randolph<br>Chicago, IL 60601** | | J | | **Medical/Dental Services** | | | | **133.00** |
| Account No.<br><br>**St. James Hospital<br>37653 Eagle Way<br>Chicago, IL 60678** | | | | **Representing:<br>Blue Cross Blue Sheild** | | | | **Notice Only** |
| Account No. **xxxxxx3001**<br><br>**Blue Cross Blue Sheild<br>300 East Randolph<br>Chicago, IL 60601** | | J | | **Medical/Dental Services** | | | | **502.00** |
| Account No.<br><br>**St. James Hospital<br>19990 Governors Highway<br>Olympia Fileds, IL 60461** | | | | **Representing:<br>Blue Cross Blue Sheild** | | | | **Notice Only** |

Sheet no. __7__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal            **635.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**
      **Yolanda S Green**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7298** <br><br>**Blue Cross Blue Sheild** <br>**300 East Randolph** <br>**Chicago, IL 60601** | | J | **Medical/Dental Services** | | | | **45,561.05** |
| Account No. <br><br>**RCS** <br>**PO Box 7229** <br>**Westchester, IL 60154** | | | **Representing:** <br>**Blue Cross Blue Sheild** | | | | **Notice Only** |
| Account No. <br><br>**St. James Hospital** <br>**37653 Eagle Way** <br>**Chicago, IL 60678** | | | **Representing:** <br>**Blue Cross Blue Sheild** | | | | **Notice Only** |
| Account No. **xxxxx5002** <br><br>**Board Water & Light** <br>**PO Box 13007** <br>**Lansing, MI 48901** | | J | **Debt Owed** | | | | **229.88** |
| Account No. **x2410** <br><br>**Buy Rite Furniture** <br>**1115 S. Washington** <br>**Lansing, MI 48910** | | J | **Debt Owed** | | | | **2,056.08** |

Sheet no. __**8**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **47,847.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**                                                    Case No. _____
          **Yolanda S Green**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. <br><br>**State of Michigan Judicial District** <br>**124 W. Michigan** <br>**Case No. 11-00225sc** <br>**Lansing, MI 48933** | | | Representing: <br>**Buy Rite Furniture** | | | | **Notice Only** |
| Account No. **xx7508** <br><br>**Cb Usa Inc** <br>**5252 S Hohman Ave** <br>**Hammond, IN 46320** | | J | Opened  6/01/10 <br>CollectionAttorney Wellgroup Health Partners Ll | | | | **125.00** |
| Account No. <br><br>**Wellgroup Health Partners LLC** <br>**333 Dixie Highway** <br>**Chicago Heights, IL 60411-1748** | | | Representing: <br>**Cb Usa Inc** | | | | **Notice Only** |
| Account No. **xx0725** <br><br>**Cb Usa Inc** <br>**5252 S Hohman Ave** <br>**Hammond, IN 46320** | | J | Opened  8/01/06 <br>CollectionAttorney St. James Anesthesia | | | | **83.00** |
| Account No. <br><br>**St. James Hospital & Health Ctr.** <br>**37653 Eagle Way** <br>**Chicago, IL 60678-1376** | | | Representing: <br>**Cb Usa Inc** | | | | **Notice Only** |

Sheet no. __9___ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **208.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**
     **Yolanda S Green**
                                                        Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx7322**<br><br>**CB USA, Inc.**<br>**PO Box 8000**<br>**Hammond, IN 46325** | | J | **Debt Owed** | | | | **125.05** |
| Account No. **xxxx9763**<br><br>**Cds/collection Agency**<br>**Attn: Bankruptcy**<br>**5200 Stoneham Rd Suite 200**<br>**North Canton, OH 44720** | | H | **Opened 12/01/09**<br>**CollectionAttorney Emergency Care   Health Org.** | | | | **844.00** |
| Account No.<br><br>**Emergency Healthcare Physicians**<br>**PO Box 366**<br>**Hinsdale, IL 60522** | | | **Representing:**<br>**Cds/collection Agency** | | | | **Notice Only** |
| Account No. **xxxx2507**<br><br>**Cds/collection Agency**<br>**Attn: Bankruptcy**<br>**5200 Stoneham Rd Suite 200**<br>**North Canton, OH 44720** | | H | **Opened 12/01/09**<br>**CollectionAttorney Emergency Care   Health Org.** | | | | **624.00** |
| Account No.<br><br>**Emergency Care Health Organization**<br>**555 W. Court Street**<br>**Suite 410**<br>**Kankakee, IL 60901** | | | **Representing:**<br>**Cds/collection Agency** | | | | **Notice Only** |

Sheet no. __**10**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,593.05**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**                                                      Case No. _____
        **Yolanda S Green**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8972**<br><br>**Check N Go**<br>**639 W. 14th Pl.**<br>**Chicago Heights, IL 60411** | | J | PayDay Loan | | | | 2,875.73 |
| Account No. **xxxxx0141**<br><br>**Chgo Po Ecu**<br>**10025 S Western Ave**<br>**Chicago, IL 60643** | | H | Opened 4/08/05 Last Active 9/27/06 NoteLoan | | | | 550.00 |
| Account No. **xxxx xx xx8058**<br><br>**Chicago Acceptance**<br>**C/O Nationwide Acceptance**<br>**3435 N. Cicero**<br>**Chicago, IL 60641** | | J | Debt Owed | | | | 6,512.85 |
| Account No.<br><br>**Nationwide**<br>**P.O. Box 3159**<br>**Hinsdale, IL 60522** | | | Representing:<br>Chicago Acceptance | | | | Notice Only |
| Account No. **xxxxx8230**<br><br>**City of Chicago**<br>**2006 E. 95th Street**<br>**Chicago, IL 60617** | | J | Debt Owed | | | | 50.00 |

Sheet no. __11__ of __52__ sheets attached to Schedule of            Subtotal            9,988.58
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**
**Yolanda S Green**                                                              Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8230** | | | **Debt Owed** | | | | |
| **City of Chicago** **2006 E. 95th Street** **Chicago, IL 60617** | | J | | | | | 830.00 |
| Account No. **xxxxxxxxxxxx6149** | | | **Debt Owed** | | | | |
| **Comcast** **PO Box 3002** **Southeastern, PA 19398** | | J | | | | | 866.50 |
| Account No. **2287320023** | | | **Utility** | | | | |
| **ComEd** **P.O.Box 6111** **Carol Stream, IL 60197-6111** | | J | | | | | 1,018.27 |
| Account No. | | | **Representing:** **ComEd** | | | | |
| **ComEd** **Bill Payment Center** **Chicago, IL 60668** | | | | | | | **Notice Only** |
| Account No. **xxxxxxx3849** | | | **Medical** | | | | |
| **Consultants in Pathology** **PO Box 3475** **Toledo, OH 43607** | | J | | | | | 1,096.75 |

Sheet no. __12__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,811.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**                                                            Case No. _____
         **Yolanda S Green**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxxxx6113** | | | Medical | | | | |
| **Consultants in Pathology** **5935 Rivers Ave.** **Suite 101** **Charleston, SC 29406** | | J | | | | | 130.45 |
| Account No. **xxx xxxxx3 113** | | | Medical | | | | |
| **Consultants in Pathology** **PO Box 30309** **Charleston, SC 29417** | | J | | | | | 49.85 |
| Account No. **xxxx xxxx 2048** | | | Debt Owed | | | | |
| **Consumers Energy** **PO Box 30079** **Lansing, MI 48937** | | J | | | | | 136.71 |
| Account No. **31 24 426 014 0000** | | | Debt Owed | | | | |
| **Cook County Treasurer** **118 N. Clark St., Room 112** **Chicago, IL 60602** | | J | | | | | 2,681.45 |
| Account No. | | | | | | | |
| **Cook County Treasurer** **PO Box 4468** **Carol Stream, IL 60197-4476** | | | Representing: **Cook County Treasurer** | | | | **Notice Only** |

Sheet no. _**13**_ of _**52**_ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)            2,998.46

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**
     **Yolanda S Green**
                                   ,
                         Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx2172**<br><br>**Credit Acceptance**<br>**Attn: Bankruptcy**<br>**Po Box 551888**<br>**Detroit, MI 48255** | | H | | **Opened  8/01/04  Last Active  3/16/07**<br>**Automobile** | | | | **1,360.00** |
| Account No.<br><br>**AR Resources**<br>**PO Box 1056**<br>**Blue Bell, PA 19422** | | | | **Representing:**<br>**Credit Acceptance** | | | | **Notice Only** |
| Account No.<br><br>**AR Resources, Inc.**<br>**1777 Sentry Parkway W**<br>**Blue Bell, PA 19422** | | | | **Representing:**<br>**Credit Acceptance** | | | | **Notice Only** |
| Account No. **xx xx xx3232**<br><br>**Credit Acceptance**<br>**4590 East Broad Street**<br>**Columbus, OH 43213** | | J | | **Debt Owed** | | | | **5,341.26** |
| Account No.<br><br>**Blitt and Gaines PC**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | | | | **Representing:**<br>**Credit Acceptance** | | | | **Notice Only** |

Sheet no. __**14**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
        (Total of this page)

**6,701.26**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**                                                        Case No. _____
       **Yolanda S Green**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1704**<br><br>**Credit Management**<br>**4200 International Pwy**<br>**Carrolton, TX 75007** | | J | **Opened  2/01/07**<br>**CollectionAttorney Comcast-Chicago Seconds - 4000** | | | | **764.00** |
| Account No.<br><br>**Comcast**<br>**11621 E. Marginal Way S**<br>**Seattle, WA 98168-1965** | | | **Representing:**<br>**Credit Management** | | | | **Notice Only** |
| Account No. **xxx7292**<br><br>**Creditors Collection**<br>**PO Box 63**<br>**Kankakee, IL 60901** | | J | **Credit card purchases** | | | | **42.00** |
| Account No. **xxx2932**<br><br>**Creditors Collection B**<br>**755 Almar Pkwy**<br>**Bourbonnais, IL 60914** | | J | **Opened 11/01/08**<br>**CollectionAttorney Assoc. St. James Radiologists** | | | | **484.00** |
| Account No. **xxx7293**<br><br>**Credtrs Coll**<br>**755 Almar Pkwy**<br>**Bourbonnais, IL 60914** | | H | **Med1 02 Assoc St James Radiologists** | | | | **451.00** |

Sheet no. __**15**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,741.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**
**Yolanda S Green**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **St. James Radioloy** <br> **722 Almar Parkway** <br> **Bourbonnais, IL 60914** | | | Representing: <br> Credtrs Coll | | | | **Notice Only** |
| Account No. **xxx4764** <br><br> **Credtrs Coll** <br> **755 Almar Pkwy** <br> **Bourbonnais, IL 60914** | | H | Med1 02 Assoc St James Radiologists | | | | **175.00** |
| Account No. <br><br> **St. James Radiologists** <br> **PO Box 3597** <br> **Springfield, IL 62708** | | | Representing: <br> Credtrs Coll | | | | **Notice Only** |
| Account No. **xxx4765** <br><br> **Credtrs Coll** <br> **755 Almar Pkwy** <br> **Bourbonnais, IL 60914** | | H | Med1 02 Assoc St James Radiologists | | | | **175.00** |
| Account No. **xxx3811** <br><br> **CVS** <br> **1 CVS Drive** <br> **Woonsocket, RI 02895** | | J | Debt Owed | | | | **70.22** |

Sheet no. __**16**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**420.22**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**                                                      Case No. _____
      **Yolanda S Green**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Clear Check System** <br>**P.O. Box 27087** <br>**Greenville, SC 29616-2087** | | | Representing: <br>CVS | | | | **Notice Only** |
| Account No. **xxx0545** <br><br>**Datasearch Inc** <br>**Po Box 461289** <br>**San Antonio, TX 78246** | | J | 10 Cleartel Comm | | | | **252.00** |
| Account No. **8130545** <br><br>**Clear TEI Communications** <br>**PO Box 4669** <br>**Winter Park, FL 32793** | | | Representing: <br>Datasearch Inc | | | | **Notice Only** |
| Account No. **xx4224** <br><br>**DEMG** <br>**Po Box 8348** <br>**Van Nuys, CA 91409** | | J | Debt Owed | | | | **119.85** |
| Account No. **xxxxxxxxxxxxxxxxxx0730** <br><br>**Dept Of Ed/sallie Mae** <br>**Po Box 9635** <br>**Wilkes Barre, PA 18773** | | J | Opened 7/01/08 Last Active 3/31/11 <br>Educational | | | | **5,707.00** |

Sheet no. __**17**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,078.85**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**                                           Case No. _____
     **Yolanda S Green**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxx0730<br><br>**Dept Of Ed/sallie Mae**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | | J | **Opened  7/01/08  Last Active  3/31/11**<br>**Educational** | | | | **3,835.00** |
| Account No. xxxx8910<br><br>**Direct TV**<br>**PO Box 9001069**<br>**Louisville, KY 40290** | | J | **Debt Owed** | | | | **480.13** |
| Account No. xxx1123<br><br>**Direct TV**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | J | **Debt Owed** | | | | **301.73** |
| Account No.<br><br>**NCO Financial**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | | **Representing:**<br>**Direct TV** | | | | **Notice Only** |
| Account No. xxx xxx6102<br><br>**Emergency Care Health Organization**<br>**555 W. Court Street**<br>**Suite 410**<br>**Kankakee, IL 60901** | | J | **Medical** | | | | **582.00** |

Sheet no. __18__ of __52__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)        **5,198.86**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**
      **Yolanda S Green**
                                                   **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx 3538**<br><br>**Emergency Care Health Organization**<br>**PO Box 2065**<br>**Seattle, WA 98111** | | J | | | Medical | | | | 855.00 |
| Account No. **xxxx9763**<br><br>**Emergency Care Health Organization**<br>**555 W. Court Street**<br>**Suite 410**<br>**Kankakee, IL 60901** | | J | | | Medical | | | | 844.00 |
| Account No.<br><br>**Escalate LLC**<br>**PO Box 714017**<br>**Columbus, OH 43271** | | | | | Representing:<br>**Emergency Care Health Organization** | | | | Notice Only |
| Account No. **xxxx2507**<br><br>**Emergency Care Health Organization**<br>**PO Box 808**<br>**Grand Rapids, MI 49518** | | J | | | Medical | | | | 624.00 |
| Account No.<br><br>**Escalate LLC**<br>**PO Box 714017**<br>**Columbus, OH 43271** | | | | | Representing:<br>**Emergency Care Health Organization** | | | | Notice Only |

Sheet no. __**19**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,323.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**
       **Yolanda S Green**                                                    Case No. _____
                                                                  ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx xxxxxxxxxxx4842** | | | | **Debt Owed** | | | | |
| **First National Credit Card 500 E. 60th Street Sioux Falls, SD 57104** | | J | | | | | | **576.83** |
| Account No. | | | | | | | | |
| **James K. Leven 203 N. LaSalle Suite 2100 Chicago, IL 60601** | | | | **Representing: First National Credit Card** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **LTD Financial Goods or Services 7322 SW Freeway, Ste. 1600 Houston, TX 77074** | | | | **Representing: First National Credit Card** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx1039** | | | | **Opened  4/01/02  Last Active  7/27/05 CreditCard** | | | | |
| **First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107** | | J | | | | | | **700.00** |
| Account No. **6977** | | | | **Payday Loan** | | | | |
| **First Rate Financial 180 S. Bolingbrook Rd. Bolingbrook, IL 60440** | | J | | | | | | **2,492.56** |

Sheet no. __20__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **3,769.39**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**
    **Yolanda S Green**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Checkboo Loan Dept.**<br>**880 Lee Street**<br>**Suite 302**<br>**Des Plaines, IL 60016** | | | | Representing:<br>**First Rate Financial** | | | | **Notice Only** |
| Account No. **xxxxx1657**<br><br>**Fitness Quest**<br>**1400 Raff Rd. SW**<br>**Canton, OH 44710-2320** | | J | | Debt Owed | | | | **254.79** |
| Account No.<br><br>**Eastern Collection Corporation**<br>**1626 Locust Avenue**<br>**Bohemia, NY 11716** | | | | Representing:<br>**Fitness Quest** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx4842**<br><br>**Fncc**<br>**Attn: Bankruptcy**<br>**Po Box 5097**<br>**Sioux Falls, SD 57117** | | J | | Opened 12/01/07  Last Active  2/29/08<br>CreditCard | | | | **576.00** |
| Account No. **Check Number 1026**<br><br>**Food For Less**<br>**5556 159th Street**<br>**Oak Forest, IL 60452** | | J | | Debt Owed | | | | **129.87** |

Sheet no. __21__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**960.66**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**
     **Yolanda S Green**
                                                           ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Food For Less**<br>**PO Box 54143**<br>**Los Angeles, CA 90054** | | | Representing:<br>**Food For Less** | | | | **Notice Only** |
| Account No. **xx6755**<br><br>**Genesis Lending Servic**<br>**8405 Sw Nimbus Ave Ste A**<br>**Beaverton, OR 97008** | | J | **Opened  6/01/08  Last Active 12/10/08**<br>**Student Loan** | | | | **3,500.00** |
| Account No. **xxxx1801**<br><br>**Grt Sub Acc**<br>**1645 Ogden Ave**<br>**Downers Grove, IL 60515** | | J | **Opened  4/19/08  Last Active  5/01/09**<br>**Automobile** | | | | **16,676.00** |
| Account No. <br><br>**Sorman & Frankel Ltd.**<br>**203 N. Lasalle St**<br>**Suite 2350**<br>**Chicago, IL 60601** | | | Representing:<br>**Grt Sub Acc** | | | | **Notice Only** |
| Account No. **xxxxx7801**<br><br>**Honor Finance**<br>**1731 Central**<br>**Evanston, IL 60201** | | J | **Opened  6/01/06  Last Active  8/28/08**<br>**Automobile** | | | | **6,297.00** |

Sheet no. __**22**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,473.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**          Case No. _____
       **Yolanda S Green**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **xxxxxxx9001** | | | | **Med1 02 Oral Surgery Center** | | | | |
| **I C System Po Box 64378 Saint Paul, MN 55164** | | H | | | | | | |
| | | | | | | | | **1,448.00** |
| Account No. **2005 M1 170135** | | | | | | | | |
| **Edelstein & Edelstein 3825 W. Montrose Ave. Chicago, IL 60618** | | | | **Representing: I C System** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Oral Surgery Center 19838 S. Halsted Chicago Heights, IL 60411-1287** | | | | **Representing: I C System** | | | | **Notice Only** |
| Account No. **xxxxx2001** | | | | **Opened 10/01/06 CollectionAttorney South Suburban Neurology** | | | | |
| **I C System Inc Po Box 64378 Saint Paul, MN 55164** | | J | | | | | | |
| | | | | | | | | **145.00** |
| Account No. | | | | | | | | |
| **South Suburban Neurology 3235 Vollmer Road Flossmoor, IL 60422** | | | | **Representing: I C System Inc** | | | | **Notice Only** |

Sheet no. __**23**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,593.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**
         **Yolanda S Green**                                                    Case No. _____

                                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxxx5005**<br><br>**Illinois Department of Employment Security**<br>**P.O.Box 6976**<br>**Chicago, IL 60680-6996** | | J | | **Debt Owed** | | | | **3,880.00** |
| Account No. **xxxxxxx8172**<br><br>**Illinois Tollway**<br>**2700 Ogden Ave.**<br>**Downers Grove, IL 60515** | | J | | **Debt Owed** | | | | **2,473.60** |
| Account No.<br><br>**Illinois Tollway**<br>**PO Box 5201**<br>**Lisle, IL 60532** | | | | **Representing:**<br>**Illinois Tollway** | | | | **Notice Only** |
| Account No. **xxxxxxxxx4003**<br><br>**Jefferson Capital Syst**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN 56303** | | J | | **Opened  4/01/08**<br>**FactoringCompanyAccount Imagine**<br>**Mastercard** | | | | **422.00** |
| Account No.<br><br>**Imagine Card**<br>**PO Box 105341**<br>**Atlanta, GA 30348** | | | | **Representing:**<br>**Jefferson Capital Syst** | | | | **Notice Only** |

Sheet no. __**24**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,775.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**                                                                Case No. _____
     **Yolanda S Green**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Imagine Mastercard**<br>**P.O. Box 105555**<br>**Atlanta, GA 30348** | | | **Representing:**<br>**Jefferson Capital Syst** | | | | **Notice Only** |
| Account No. <br><br>**Jefferson Capital**<br>**7575 Corporate Way**<br>**Eden Prairie, MN 55344** | | | **Representing:**<br>**Jefferson Capital Syst** | | | | **Notice Only** |
| Account No. xxxxxxxxx9003 <br><br>**Jefferson Capital Syst**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN 56303** | J | | **Opened 10/01/08**<br>**FactoringCompanyAccount Reward660 Visa Dakota Bnk** | | | | **410.00** |
| Account No. 4006100004605378 <br><br>**Dakota State Bank**<br>**P.O. Box 30383**<br>**Tampa, FL 33630** | | | **Representing:**<br>**Jefferson Capital Syst** | | | | **Notice Only** |
| Account No. <br><br>**Rewards 660**<br>**PO Box 89937**<br>**Sioux Falls, SD 57109** | | | **Representing:**<br>**Jefferson Capital Syst** | | | | **Notice Only** |

Sheet no. __25__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**410.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**                                                    Case No. _____
         **Yolanda S Green**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx9003**<br><br>**Jefferson Capital Syst**<br>**16 Mcleland Rd**<br>**Saint Cloud, MN 56303** | | H | **Opened 10/01/08 FactoringCompanyAccount Reward660 Visa Dakota Bnk** | | | | **402.00** |
| Account No.<br><br>**Reward Zone Mastercard**<br>**P.O. Box 17051**<br>**Baltimore, MD 21297** | | | **Representing: Jefferson Capital Syst** | | | | **Notice Only** |
| Account No. **xx1000**<br><br>**LaSalle Bank**<br>**Dept 8700**<br>**135 S LaSalle St**<br>**Chicago, IL 60674-8700** | | J | **Debt Owed** | | | | **363.08** |
| Account No.<br><br>**ACC International**<br>**1175 Devin Dr.**<br>**Muskegon, MI 49441** | | | **Representing: LaSalle Bank** | | | | **Notice Only** |
| Account No.<br><br>**LaSalle Bank**<br>**2600 W. Big Beaver Road**<br>**Troy, MI 48084** | | | **Representing: LaSalle Bank** | | | | **Notice Only** |

Sheet no. __**26**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**765.08**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**                                                      Case No. _____
        **Yolanda S Green**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0150** | | | **Medical/Dental Services** | | | | |
| **Little Company of Mary Hosp.** **2800 W. 95th St.** **Evergreen Park, IL 60642** | | J | | | | | **1,862.48** |
| Account No. | | | **Representing:** **Little Company of Mary Hosp.** | | | | **Notice Only** |
| **Malcolm S. Gerald and Assoc.** **332 S. Michigan Ave., Suite 600** **Chicago, IL 60604** | | | | | | | |
| Account No. **xxxx8798** | | | **Opened 11/01/02  Last Active 11/10/09** **Mortgage Deficiency** | | | | |
| **Litton Loan Servicing** **4828 Loop Central Dr** **Houston, TX 77081** | | H | | | | | **121,638.00** |
| Account No. | | | **Representing:** **Litton Loan Servicing** | | | | **Notice Only** |
| **Deutsche Bank Trust Company** **1011 Centre Road, Suite 200** **Wilmington, DE 19805** | | | | | | | |
| Account No. **2008 CH 29106** | | | **Representing:** **Litton Loan Servicing** | | | | **Notice Only** |
| **Fisher & Shapiro LLC** **4201 Lake Cook Road** **Northbrook, IL 60062** | | | | | | | |

Sheet no. __27__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**123,500.48**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**
    **Yolanda S Green**
                                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx xxxx xx2295**<br><br>**Matteson School District**<br>**3625 W. 21st Street**<br>**Matteson, IL 60443** | | J | **Debt Owed** | | | | **153.00** |
| Account No.<br><br>**Transworld Systems**<br>**9525 Sweet Valley Drive**<br>**Valley View, OH 44125** | | | **Representing:**<br>**Matteson School District** | | | | **Notice Only** |
| Account No. **xxxxx xxxxxx2110**<br><br>**Matteson School District 162**<br>**3625 W. 21st Street**<br>**Matteson, IL 60443** | | J | **Debt Owed** | | | | **177.00** |
| Account No.<br><br>**Transworld Systems Inc.**<br>**25 Northwest Point Blvd., Ste. 750**<br>**Elk Grove Village, IL 60007** | | | **Representing:**<br>**Matteson School District 162** | | | | **Notice Only** |
| Account No. **Check Number 1024**<br><br>**Menards**<br>**Retail Services**<br>**P.O.Box 15521**<br>**Wilmington, DE 19850-5521** | | J | **Debt Owed** | | | | **117.00** |

Sheet no. __28__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**447.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**                                          Case No. _____
**Yolanda S Green**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: Menards | | | | |
| **Menards PO Box 6152 Rapid City, SD 57709-6152** | | | | | | | | **Notice Only** |
| Account No. | | | | Representing: Menards | | | | |
| **Menards P.O. Box 17602 Baltimore, MD 21297** | | | | | | | | **Notice Only** |
| Account No. xxxxxx0273 | | | | Med1 02 Midamerica Cardiovascular Co | | | | |
| **Merchants Cr 223 W Jackson Blvd Ste 4 Chicago, IL 60606** | H | | | | | | | **55.00** |
| Account No. | | | | Representing: Merchants Cr | | | | |
| **Midamerica Cardio. Consultants 5009 W. 95th St. Oak Lawn, IL 60453** | | | | | | | | **Notice Only** |
| Account No. **xxxx x xxx7018** | | | | Medical/Dental Services | | | | |
| **Midamerica Cardio. Consultants 5009 W. 95th St. Oak Lawn, IL 60453** | J | | | | | | | **55.00** |

Sheet no. __29__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **110.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**                                                    Case No. _____
       **Yolanda S Green**
_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1717**<br><br>**Midwest Neoped Associates LTD**<br>**PO Box 2686**<br>**Carol Stream, IL 60132-2686** | | J | **Medical/Dental Services** | | | | 279.00 |
| Account No. **x5352**<br><br>**Midwest Pediatric Cardiology**<br>**1482 Momentum Place**<br>**Chicago, IL 60689** | | J | **Medical** | | | | 705.00 |
| Account No. **xx xxxx5651**<br><br>**Midwest Physicians Group**<br>**PO Box 95401**<br>**Chicago, IL 60694** | | J | **Medical/Dental Services** | | | | 165.00 |
| Account No. **xx xxxx6259**<br><br>**Midwest Physicians Group**<br>**PO Box 95401**<br>**Chicago, IL 60694** | | J | **Medical/Dental Services** | | | | 8,160.00 |
| Account No. **xxx7782**<br><br>**Midwest Physicians Group**<br>**PO Box 95401**<br>**Chicago, IL 60694** | | J | **Medical/Dental Services** | | | | 240.00 |

Sheet no. __**30**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
      (Total of this page)           **9,549.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**                                          Case No. _____
      **Yolanda S Green**

_____,
                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ICS Collection Service** <br>**PO Box 1010** <br>**Tinley Park, IL 60477** | | | Representing: <br>**Midwest Physicians Group** | | | | **Notice Only** |
| Account No. **xxx5361** <br><br>**Miramedrg** <br>**991 Oak Creek Dr** <br>**Lombard, IL 60148** | | J | **Med1 02 Ssfhs St James Hospital** | | | | **2,374.00** |
| Account No. <br><br>**St. James Hospital** <br>**20201 South Crawford Avenue** <br>**Olympia Fields, IL 60461** | | | Representing: <br>**Miramedrg** | | | | **Notice Only** |
| Account No. **xxx1034** <br><br>**Miramedrg** <br>**991 Oak Creek Dr** <br>**Lombard, IL 60148** | | J | **Med1 02 Ssfhs St James Hospital** | | | | **100.00** |
| Account No. **xxxxxx6308** <br><br>**National Credit Adjust** <br>**Po Box 3023** <br>**Hutchinson, KS 67504** | | H | **Opened  4/01/08** <br>**FactoringCompanyAccount Guaranty Bank** | | | | **807.00** |

Sheet no. __**31**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
                 (Total of this page)   **3,281.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**                                               Case No. _____
        **Yolanda S Green**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Representing: National Credit Adjust | | | | |
| **Guaranty Bank** **PO Box 240200** **Milwaukee, WI 53223** | | | | | | | **Notice Only** |
| Account No. **xxxxxx3933** | | H | Opened  4/01/08 FactoringCompanyAccount Guaranty Bank | | | | |
| **National Credit Adjust** **Po Box 3023** **Hutchinson, KS 67504** | | | | | | | **151.00** |
| Account No. | | | Representing: National Credit Adjust | | | | |
| **Guaranty Bank** **Attn:  Overdraft Dept.** **4000 W. Brown Deer Road** **Milwaukee, WI 53223** | | | | | | | **Notice Only** |
| Account No. | | | Representing: National Credit Adjust | | | | |
| **National Credit Adjusters** **PO Box 3023** **327 W. 4th Street** **Hutchinson, KS 67504** | | | | | | | **Notice Only** |
| Account No. **xxx6071** | | J | Medical | | | | |
| **Ned J. Bacon DDS** **PO Box 184** **Saint Johns, MI 48879** | | | | | | | **104.00** |

Sheet no. __**32**__ of __**52**__ sheets attached to Schedule of                                 Subtotal         |
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)    **255.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**
         **Yolanda S Green**                                      Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **69 37 58 4132 2** | | | Utility | | | | |
| **Nicor Gas** **P.O.Box 632** **Aurora, IL 60507-0632** | | J | | | | | 8,699.98 |
| Account No. **62 97 94 95769** | | | Utility | | | | |
| **Nicor Gas** **P.O. Box 416** **Aurora, IL 60568** | | J | | | | | 7,313.27 |
| Account No. | | | Representing: Nicor Gas | | | | Notice Only |
| **Nicor Gas** **1844 Ferry Road** **Naperville, IL 60563** | | | | | | | |
| Account No. **2007 M6 003245** | | | Representing: Nicor Gas | | | | Notice Only |
| **Patricia M. Fennell** **424 Davis Street** **Downers Grove, IL 60515** | | | | | | | |
| Account No. **2004 M6 005659** | | | Representing: Nicor Gas | | | | Notice Only |
| **Patricia M. Fennell** **424 Davis Street** **Downers Grove, IL 60515** | | | | | | | |

Sheet no. __33__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    16,013.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**                                                    Case No. _____
       **Yolanda S Green**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx xx7161**<br><br>**Norwest Capital Investments Inc.**<br>**PO box 1207**<br>**Hallandale, FL 33008** | | J | Debt Owed | | | | **1,262.73** |
| Account No.<br><br>**Larry J. Meyer**<br>**205 W. Randolph St., Suite 820**<br>**Chicago, IL 60606** | | | Representing:<br>Norwest Capital Investments Inc. | | | | **Notice Only** |
| Account No. **xxx3480**<br><br>**Palisades Collection**<br>**Attn: Bankruptcy**<br>**3348 Ridge Rd**<br>**Lansing, IL 60438** | | J | 04 Village Of Park Forest Lo | | | | **750.00** |
| Account No.<br><br>**Village of Park Forest**<br>**350 Victory Dr.**<br>**Park Forest, IL 60466** | | | Representing:<br>Palisades Collection | | | | **Notice Only** |
| Account No. **xx2448**<br><br>**Palisades Collection**<br>**Attn: Bankruptcy**<br>**3348 Ridge Rd**<br>**Lansing, IL 60438** | | J | Village Of Park Forest Lo | | | | **750.00** |

Sheet no. __**34**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **2,762.73**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**
  **Yolanda S Green**

Case No. _____

,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4588** <br><br> **Palisades Collection** <br> **Attn: Bankruptcy** <br> **3348 Ridge Rd** <br> **Lansing, IL 60438** | | H | **Village Of Olympia Fields** | | | | 250.00 |
| Account No. <br><br> **Village of Olympia Fields** <br> **20040 Governors Highway, Suite 2** <br> **Olympia Fields, IL 60461-1188** | | | **Representing:** <br> **Palisades Collection** | | | | **Notice Only** |
| Account No. **xx4562** <br><br> **Palisades Collection** <br> **Attn: Bankruptcy** <br> **3348 Ridge Rd** <br> **Lansing, IL 60438** | | H | **Village Of Olympia Fields** | | | | 250.00 |
| Account No. **x6578** <br><br> **Park Forest Fire Dept.** <br> **Dept. 2k** <br> **PO Box 457** <br> **Wheeling, IL 60090** | | J | **Debt Owed** | | | | 205.00 |
| Account No. <br><br> **PayDay One** <br> **4150 International Plaza, Ste 400** <br> **Fort Worth, TX 76109** | | W | **Payday loan** | | | | 300.00 |

Sheet no. __35__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,005.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**                                                    Case No. _____
        **Yolanda S Green**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxx xxxxx5005** | | | | | **Payday** | | | | |
| **PayDay One** **4150 International Plaza, Ste 400** **Fort Worth, TX 76109** | | | J | | | | | | **300.00** |
| Account No. | | | | | | | | | |
| **Payday One** **PO Box 101842** **Fort Worth, TX 76185** | | | | | **Representing:** **PayDay One** | | | | **Notice Only** |
| Account No. **323 Gatewood Dr N3** | | | | | **Debt Owed** | | | | |
| **Plumtree Apartments** **229 Plumwood Drive** **Lansing, MI 48917** | | | J | | | | | | **5,984.45** |
| Account No. **xxxxx4852** | | | | | **Credit card purchases** | | | | |
| **Providian** **4900 Johnson Drive** **Pleasanton, CA 94588** | | | J | | | | | | **750.85** |
| Account No. | | | | | | | | | |
| **Capital Management** **726 Exchange Street** **Buffalo, NY 14210** | | | | | **Representing:** **Providian** | | | | **Notice Only** |

Sheet no. _**36**_ of _**52**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **7,035.30**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**                                                    Case No. _____
         **Yolanda S Green**

_____,
                                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx8901** | | | **Med1 02 Medical Payment Data** | | | | |
| **Quad Corpora** **3536 Jersey Ridge** **Davenport, IA 52807** | | J | | | | | **72.00** |
| Account No. | | | | | | | |
| **Medical Payment Data** **61 W. 144th Street** **Riverdale, IL 60827** | | | **Representing:** **Quad Corpora** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx9555** | | | **Acn** | | | | |
| **Rcvmngcorp** **23800 W 10 Mile Rd Ste 1** **Southfield, MI 48033** | | J | | | | | **306.00** |
| Account No. | | | | | | | |
| **ACN** **411 Third Street** **Gwinn, MI 49841** | | | **Representing:** **Rcvmngcorp** | | | | **Notice Only** |
| Account No. **xxxxxxxxx6 FOF** | | | **Medical** | | | | |
| **Revenue Cycle Solution** **PO Box 7229** **Westchester, IL 60154** | | J | | | | | **7,575.87** |

Sheet no. __37__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,953.87**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**                                          Case No. _____
            **Yolanda S Green**

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8233** <br><br> **Rockford Health Systems** <br> **2400 N. Rockton Ave.** <br> **Rockford, IL 61103** | | J | **Medical** | | | | **1,082.00** |
| Account No. <br><br> **Allied Business Accounts** <br> **300 1/2 2nd St.** <br> **PO Box 1600** <br> **Clinton, IA 52733** | | | **Representing:** <br> **Rockford Health Systems** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx8770** <br><br> **Rwds660-dsb** <br> **211 N Main** <br> **Blunt, SD 57522** | | J | **Opened  2/24/08  Last Active  4/08/08** <br> **CreditCard** | | | | **406.00** |
| Account No. **xxxxxxxxxxxx5378** <br><br> **Rwds660-dsb** <br> **211 N Main** <br> **Blunt, SD 57522** | | H | **Opened  3/09/08  Last Active  6/03/08** <br> **CreditCard** | | | | **399.00** |
| Account No. **xxxxxxxxxxxxxxxxxxx0730** <br><br> **Sallie Mae** <br> **Po Box 9500** <br> **Wilkes Barre, PA 18773** | | J | **Opened  7/01/08  Last Active  9/01/09** <br> **Notice Only** | | | | **0.00** |

Sheet no. __**38**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **1,887.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**                                                   Case No. _____
        **Yolanda S Green**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
| Account No. **xxxxxxxxxxxxxxxxxx0730** | | | | | **Opened  7/01/08  Last Active  9/01/09** **Notice Only** | | | | |
| **Sallie Mae** **Po Box 9500** **Wilkes Barre, PA 18773** | | J | | | | | | | **0.00** |
| Account No. **xxxxxxxx5739** | | | | | **Utility** | | | | |
| **SBC** **Law Department** **225 W. Randolph, Suite 27A** **Chicago, IL 60606** | | J | | | | | | | **477.85** |
| Account No. | | | | | **Representing:** **SBC** | | | | |
| **Asset Acceptance** **PO Box 2036** **Warren, MI 48090** | | | | | | | | | **Notice Only** |
| Account No. | | | | | **Representing:** **SBC** | | | | |
| **SBC** **Bankruptcy Department** **PO Box 769** **Arlington, TX 76004** | | | | | | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx0393** | | | | | **Debt Owed** | | | | |
| **SBC Ameritech/Capital One** **PO Box 769** **Arlington, TX 76004** | | J | | | | | | | **897.46** |

Sheet no. _**39**_ of _**52**_ sheets attached to Schedule of                    Subtotal                   **1,375.31**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**
　　　 **Yolanda S Green**　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ameritech Complete Card Box 88000 Baltimore, MD 21288** | | | **Representing: SBC Ameritech/Capital One** | | | | **Notice Only** |
| Account No. <br><br>**Capital One PO Box 5294 Carol Stream, IL 60197** | | | **Representing: SBC Ameritech/Capital One** | | | | **Notice Only** |
| Account No. <br><br>**Capital One Bank P.O. Box 85523 Richmond, VA 23285** | | | **Representing: SBC Ameritech/Capital One** | | | | **Notice Only** |
| Account No. **xxxx4715** <br><br>**Security Check LLC 2612 Jackson Avenue West Oxford, MS 38655** | | J | **Debt Owed** | | | | **32.31** |
| Account No. <br><br>**Bennett & DeLoney 1265 E. Fort Union Blvd., Suite 250 Midvale, UT 84047-1808** | | | **Representing: Security Check LLC** | | | | **Notice Only** |

Sheet no. __**40**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**32.31**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**           Case No. _____
        **Yolanda S Green**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx9 FOF**<br><br>**Sisters of St. Francis Health Srvs**<br>**2831 W. 24th Blvd.**<br>**Chicago, IL 60623** | | J | Medical | | | | 57.00 |
| Account No.<br><br>**St. James Hospital & Health Ctr.**<br>**37653 Eagle Way**<br>**Chicago, IL 60678-1376** | | | Representing:<br>Sisters of St. Francis Health Srvs | | | | Notice Only |
| Account No. **xx9448**<br><br>**South Suburban Neurology**<br>**Po Box 280**<br>**Chicago Heights, IL 60412** | | J | Medical | | | | 30.00 |
| Account No. **xxxxxx1269**<br><br>**Sparrow Health System**<br>**8000 Reliable Parkway**<br>**Chicago, IL 60686** | | J | Medical | | | | 1,723.78 |
| Account No. **xxxxxx2574**<br><br>**Sprint PCS**<br>**PO Box 4181**<br>**Carol Stream, IL 60197-4181** | | J | Debt Owed | | | | 348.92 |

Sheet no. __41__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,159.70**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**                                    Case No. _____
         **Yolanda S Green**
         _____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Collectech Systems, Inc.** <br>**PO Box 4157** <br>**Woodland Hills, CA 91365** | | | | **Representing:** <br>**Sprint PCS** | | | | **Notice Only** |
| Account No. **xxxx xx xx4205** <br><br>**St. Francis Hospital** <br>**12935 S. Gregory St.** <br>**Blue Island, IL 60678** | | J | | **Medical/Dental Services** | | | | **2,098.16** |
| Account No. <br><br>**Freedman Anselmo Lindberg and** <br>**1807 W. Diehl Rd., Suite 333** <br>**PO Box 3228** <br>**Naperville, IL 60566-7107** | | | | **Representing:** <br>**St. Francis Hospital** | | | | **Notice Only** |
| Account No. <br><br>**St. Francis Hospital** <br>**P.O. Box 220283** <br>**Chicago, IL 60622** | | | | **Representing:** <br>**St. Francis Hospital** | | | | **Notice Only** |
| Account No. **xx2822** <br><br>**St. James Anesthesia** <br>**20201 Crawford** <br>**Olympia Fields, IL 60461** | | J | | **Medical** | | | | **83.00** |

Sheet no. __42__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,181.16**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**        Case No. _____
    **Yolanda S Green**

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CB USA, Inc.**<br>**PO Box 8000**<br>**Hammond, IN 46325** | | | Representing:<br>**St. James Anesthesia** | | | | **Notice Only** |
| Account No. **xx7152**<br><br>**St. James Anesthesia**<br>**20201 Crawford Ave**<br>**Olympia Fields, IL 60461** | | J | Medicaql | | | | **1,170.00** |
| Account No. <br><br>**St. James Health Center**<br>**35777 Eagle Way**<br>**Chicago, IL 60678** | | | Representing:<br>**St. James Anesthesia** | | | | **Notice Only** |
| Account No. **xxxxxx2098**<br><br>**St. James Hospital**<br>**2434 Interstate Plaza**<br>**Hammond, IN 46324** | | J | Medical | | | | **100.00** |
| Account No. **xxxxxx8368**<br><br>**St. James Hospital**<br>**2434 Interstate Plaza**<br>**Hammond, IN 46324** | | J | Medical | | | | **7,673.78** |

Sheet no. __**43**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
           (Total of this page)    **8,943.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**
    **Yolanda S Green**
                                             **,**
                                           Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx0726** | | | J | Medical | | | | |
| **St. James Hospital**<br>**9603 Deerco Road**<br>**Suite 200**<br>**Lutherville Timonium, MD 21093** | | | | | | | | **8,002.87** |
| Account No. **xxxxxx1892** | | | J | Medical | | | | |
| **St. James Hospital**<br>**20201 South Crawford Avenue**<br>**Olympia Fields, IL 60461** | | | | | | | | **54.45** |
| Account No. **xxxxxx6064** | | | J | Medical | | | | |
| **St. James Hospital**<br>**19990 Governors Highway**<br>**Olympia Fileds, IL 60461** | | | | | | | | **83.18** |
| Account No. **xxxxxx6939** | | | J | Medical | | | | |
| **St. James Hospital**<br>**37653 Eagle Way**<br>**Chicago, IL 60678** | | | | | | | | **2,812.46** |
| Account No. **xxxxxx3031** | | | J | Medical | | | | |
| **St. James Hospital**<br>**37653 Eagle Way**<br>**Chicago, IL 60678** | | | | | | | | **2,374.72** |

Sheet no. __**44**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,327.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**
         **Yolanda S Green**                                                Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2608** | | | Medical | | | | |
| **St. James Hospital** **PO Box 580** **Chicago Heights, IL 60411** | | J | | | | | 100.00 |
| Account No. | | | | | | | |
| **AMS** **PO Box 19617** **Indianapolis, IN 46219-0617** | | | Representing: St. James Hospital | | | | Notice Only |
| Account No. **xxxxxx3876** | | | Medical | | | | |
| **St. James Hospital** **1423 Chicago Road** **Chicago Heights, IL 60411** | | J | | | | | 929.00 |
| Account No. **xxxxxx7546** | | | Medical | | | | |
| **St. James Hospital** **9603 Deerco Road** **Suite 200** **Lutherville Timonium, MD 21093** | | J | | | | | 410.65 |
| Account No. **xxxxxx9577** | | | Medical | | | | |
| **St. James Hospital & Health Ctr.** **37653 Eagle Way** **Chicago, IL 60678-1376** | | J | | | | | 500.00 |

Sheet no. __**45**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,939.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**            Case No. _____
      **Yolanda S Green**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **AMS PO Box 19617 Indianapolis, IN 46219-0617** | | | | Representing: **St. James Hospital & Health Ctr.** | | | | **Notice Only** |
| Account No. **xxx4765** | | | | Medical | | | | |
| **St. James Radiologists PO Box 3597 Springfield, IL 62708** | | J | | | | | | **175.00** |
| Account No. | | | | | | | | |
| **CCB PO Box 63 Kankakee, IL 60901** | | | | Representing: **St. James Radiologists** | | | | **Notice Only** |
| Account No. **xxx4764** | | | | Medical | | | | |
| **St. James Radiologists PO Box 3597 Springfield, IL 62708** | | J | | | | | | **175.00** |
| Account No. | | | | | | | | |
| **CCB 118 E. Main Street Crawfordsville, IN 47933** | | | | Representing: **St. James Radiologists** | | | | **Notice Only** |

Sheet no. __**46**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **350.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Green,**
     **Yolanda S Green**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx4766** <br><br> **St. James Radioloy** <br> **722 Almar Parkway** <br> **Bourbonnais, IL 60914** | | J | **Medical** | | | | | **45.00** |
| Account No. <br><br> **Creditors Collection** <br> **PO Box 63** <br> **Kankakee, IL 60901** | | | | **Representing:** <br> **St. James Radioloy** | | | | **Notice Only** |
| Account No. **xxxx xx xx6333** <br><br> **State Farm Insurance** <br> **2702 Ireland Grove Rd** <br> **Bloomington, IL 61702** | | J | **Debt Owed** | | | | | **5,035.38** |
| Account No. <br><br> **James M. O'Dea** <br> **10707 W. 159th St.** <br> **Orland Park, IL 60467-4531** | | | | **Representing:** <br> **State Farm Insurance** | | | | **Notice Only** |
| Account No. <br><br> **State Farm Bank** <br> **PO Box 2316** <br> **Bloomington, IL 61702** | | | | **Representing:** <br> **State Farm Insurance** | | | | **Notice Only** |

Sheet no. __**47**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,080.38**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**
         **Yolanda S Green**                                                    Case No. _____
_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1997 M1 000209**<br><br>**Sun Star Acceptance**<br>**17310 Red Hill Ave.**<br>**Irvine, CA 92614** | | J | Debt Owed | | | | **6,575.00** |
| Account No.<br><br>**Boehm & Pearstein LTD**<br>**33 N. LaSalle**<br>**Suite 3600**<br>**Chicago, IL 60602** | | | Representing:<br>Sun Star Acceptance | | | | **Notice Only** |
| Account No. **xxxxx4117**<br><br>**T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274-2596** | | J | Cell Phone | | | | **1,302.44** |
| Account No. **xxxxxxxxxxxx7 296**<br><br>**TCF National Bank**<br>**Attn:  Mail Code 268-01-L**<br>**500 Joliet Road**<br>**Willowbrook, IL 60527** | | J | Debt Owed | | | | **557.09** |
| Account No.<br><br>**ACC International**<br>**1175 Devin Dr.**<br>**Muskegon, MI 49441** | | | Representing:<br>TCF National Bank | | | | **Notice Only** |

Sheet no. __**48**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,434.53**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**
　　　　**Yolanda S Green**                                                         Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4993** | | | Subscription/Membership | | | | |
| **Time Life** **100 Time Life Way** **Virginia Beach, VA 23479-2000** | | J | | | | | 293.03 |
| Account No. | | | Representing: Time Life | | | | |
| **Northshore Agency Inc.** **270 Spagnoli Road** **Melville, NY 11747** | | | | | | | Notice Only |
| Account No. **xxxxx8461** | | | Opened  4/01/06 ReturnedCheck Carson Pirie Scott 540 | | | | |
| **Tridentasset.com** **5755 N Point Pkwy** **Alpharetta, GA 30022** | | J | | | | | 44.00 |
| Account No. | | | Representing: Tridentasset.com | | | | |
| **Carson Pirie Scott** **PO Box 10327** **Jackson, MS 39289** | | | | | | | Notice Only |
| Account No. **x0564** | | | Utility | | | | |
| **TSI Telephone Company** **P.O. Box 73626** **Cleveland, OH 44193** | | J | | | | | 105.72 |

Sheet no. __**49**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         442.75

B6F (Official Form 6F) (12/07) - Cont.

In re     **John A Green,**                                    Case No. _____
           **Yolanda S Green**

_____ ,
                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2750** <br><br> **Unique National Collec** <br> **119 E Maple St** <br> **Jeffersonville, IN 47130** | | J | **Opened  4/01/08** <br> **CollectionAttorney Matteson Public Library** | | | | 346.00 |
| Account No. <br><br> **Matteson Public Library** <br> **801 S. School** <br> **Matteson, IL 60443** | | | **Representing:** <br> **Unique National Collec** | | | | Notice Only |
| Account No. **xxxx xx xx4309** <br><br> **United Auto Credit** <br> **P.O. Box 1548** <br> **Homewood, IL 60430-0548** | | J | **Debt Owed** | | | | 7,725.00 |
| Account No. <br><br> **Adler & Associates** <br> **25 E. Washington St.** <br> **#500** <br> **Chicago, IL 60602** | | | **Representing:** <br> **United Auto Credit** | | | | Notice Only |
| Account No. **xxxxx1543** <br><br> **University of Illinois Medical Cent** <br> **8332 Innovation Way** <br> **Chicago, IL 60682** | | J | **Medical** | | | | 485.00 |

| Sheet no. _**50**_ of _**52**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 8,556.00 |
|---|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **John A Green,**
       **Yolanda S Green**                                                          Case No. _____

_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx 8008** | | | | Debt Owed | | | | |
| **Value City Furniture**<br>**PO Box 15221**<br>**Wilmington, DE 19850-5521** | | J | | | | | | **77.24** |
| Account No. | | | | | | | | |
| **JBC & Associates**<br>**2 Broad Street, 6th Floor**<br>**Bloomfield, NJ 07003** | | | | Representing:<br>Value City Furniture | | | | **Notice Only** |
| Account No. **xxx1595** | | | | Governmental Fines | | | | |
| **Village of Olympia Fields**<br>**20040 Governors Highway, Suite 2**<br>**Olympia Fields, IL 60461-1188** | | J | | | | | | **300.00** |
| Account No. **xx2231** | | | | Governmental Fines | | | | |
| **Village of Olympia Fields**<br>**20040 Governors Highway, Suite 2**<br>**Olympia Fields, IL 60461-1188** | | J | | | | | | **250.00** |
| Account No. **xxxxxxxx0003** | | | | Utility | | | | |
| **Village of Park Forest**<br>**350 Victory Dr.**<br>**Park Forest, IL 60466** | | J | | | | | | **1,096.87** |

Sheet no. __51__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,724.11**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Green,**           Case No. _____
         **Yolanda S Green**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Check Number 1044** | | | | **Debt Owed** | | | | |
| **Walts Food Center** **16039 Harlem Ave** **Tinley Park, IL 60477** | | J | | | | | | **76.89** |
| Account No. | | | | | | | | |
| **Walt's Foods** **c/o National Revenue Corp.** **400 E. 5th Avenue** **Columbus, OH 43219** | | | | **Representing:** **Walts Food Center** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __52__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **76.89** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **371,009.54** |

B6G (Official Form 6G) (12/07)

.

In re    **John A Green,**                                                    Case No. _____
        **Yolanda S Green**

_____,
                             Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Michael Montgomery**<br>**4516 W. Azalea**<br>**Monee, IL 60449** | **Debtors are Lessors on a residential apartment**<br>**lease:  $1,490 per month.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **John A Green,**        Case No. _____
 **Yolanda S Green**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **John A Green**
       **Yolanda S Green**                                                    Case No. _____
_____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Married** | **Son** | **05** |
| | **Son** | **16** |
| | **Daughter** | **19** |
| | **Son** | **22** |
| | **Son (Disabled)** | **24** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Driver** | **Unemployed** |
| Name of Employer | **Roadtex Transportation** | **Unemployed** |
| How long employed | **3 years** | |
| Address of Employer | **13 Jensen Drive** **Somerset, NJ 08873** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **6,500.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **6,500.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **1,223.86** | $ | **0.00** |
|    b.  Insurance | $ | **0.00** | $ | **0.00** |
|    c.  Union dues | $ | **0.00** | $ | **0.00** |
|    d.  Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,223.86** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,276.14** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify):  **Unemployment Compensation** | $ | **0.00** | $ | **987.24** |
|    **Supplemental Security Income SSI** | $ | **0.00** | $ | **449.34** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **1,436.58** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,276.14** | $ | **1,436.58** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **6,712.72** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **John A Green**
**Yolanda S Green**                                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,490.00 |
| a. Are real estate taxes included?                Yes ____        No **X** | | |
| b. Is property insurance included?                Yes ____        No **X** | | |
| 2. Utilities:        a. Electricity and heating fuel | $ | 300.00 |
|                        b. Water and sewer | $ | 200.00 |
|                        c. Telephone | $ | 50.00 |
|                        d. Other  **See Detailed Expense Attachment** | $ | 263.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 150.00 |
| 7. Medical and dental expenses | $ | 795.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                        a. Homeowner's or renter's | $ | 75.00 |
|                        b. Life | $ | 113.00 |
|                        c. Health | $ | 0.00 |
|                        d. Auto | $ | 70.00 |
|                        e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|         (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                        a. Auto | $ | 0.00 |
|                        b. Other | $ | 0.00 |
|                        c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 1,691.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,697.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,712.72 |
| b.   Average monthly expenses from Line 18 above | $ | 6,697.00 |
| c.   Monthly net income (a. minus b.) | $ | 15.72 |

B6J (Official Form 6J) (12/07)

In re   **John A Green**
     **Yolanda S Green**                                Case No.   _____

                                 Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cable** | $ | **127.00** |
| **Mobile Phones** | $ | **89.00** |
| **Internet** | $ | **47.00** |
| **Total Other Utility Expenditures** | $ | **263.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| **Auto Repairs / Maintenence** | $ | **100.00** |
| **Haircuts / Personal Care** | $ | **190.00** |
| **School Tuition for 2 Minor Children** | $ | **713.00** |
| **School Supplies & Expenses** | $ | **50.00** |
| **Husband's On-The-Road Work Expenses** | $ | **600.00** |
| **Postage/Bank Fees** | $ | **30.00** |
| **Pet Care** | $ | **8.00** |
| **Total Other Expenditures** | $ | **1,691.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John A Green**
**Yolanda S Green**

_____
Debtor(s)

Case No. _____

Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**68**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 7, 2011** _____

Signature   **/s/ John A Green** _____
            **John A Green**
            Debtor

Date   **May 7, 2011** _____

Signature   **/s/ Yolanda S Green** _____
            **Yolanda S Green**
            Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **John A Green**
   **Yolanda S Green**                                    Case No.

                                            Debtor(s)            Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐          business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$27,000.00** | **2011 YTD: Husband's Employment** |
| **$74,669.00** | **2010: Husband's Employment** |
| **$54,679.00** | **2009: Husband's Employment** |
| **$0.00** | **2011 YTD: Wife's Employment** |
| **$16,350.00** | **2010: Wife's Employment** |
| **$6,501.00** | **2009: Wife's Employment** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2011 YTD: Husband's Unemployment** |
| $0.00 | **2010: Husband's Unemployment** |
| $4,090.00 | **2009: Husband's Unemployment** |
| $2,247.00 | **2011 YTD: Wife's Social Security** |
| $0.00 | **2010: Wife's Social Security** |
| $0.00 | **2009: Wife's Social Security** |
| $6,115.00 | **2011 YTD: Wife's Unemployment Compensation, Approximately** |
| $2,211.00 | **2010: Wife's Unemployment Compensation** |
| $0.00 | **2009: Wife's Unemployment Compensation** |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Michael Montgmoery**<br>**4516 W. Azalea Ave.**<br>**Monee, IL 60449** | **02/2011 (Rent Arrears)** | **$4,490.00** | **$0.00** |

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

#### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Deutsche Bank National Trust Vs. John A Green & Yolanda S Collins-Green** | **Foreclosure** | **Circuit Court of Cook County, IL** | **Order for Possession Entered:** |
| **2008 CH 29106** | | | **09/08/2010** |
| **Buy Rite Furniture Vs. John A Green** | **Collections** | **State of Michigan Judicial District** | **Pending** |
| **11-00225SC** | | | |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **First Rate Financial 180 S. Bolingbrook Rd. Bolingbrook, IL 60440** | **Weekly** | **Wages Garnished: $2,401.80** |

#### 5.  Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Deutsche Bank Trust Company 60 Wall Street New York, NY 10005** | **09/08/2010** | **414 Indiana Street, Park Forest, IL 60466 Value:  $98,500** |

#### 6.  Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None □  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LEDFORD & WU 200 S. Michigan Avenue, Suite 209 Chicago, IL 60604-2406** | **04/2011** | **$2,500.00** |
| **Greenpath Debt Solutions 38505 Country Club Drive, Suite 210 Farmington, MI 48331** | **04/2011** | **$100.00 for credit counseling and debt management courses** |
| **CIN Legal Data Services 4540 Honeywell Ct Dayton, OH 45424** | **04/2011** | **$40.00 for merged, multi-bureau credit reports** |

**10. Other transfers**

None ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **414 Indiana Street Park Forest, IL 60466** | **Same** | **11/2002 to 02/2011** |

**16. Spouses and Former Spouses**

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                           DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                          DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
                                                           (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                      NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                       RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                      TITLE                          NATURE AND PERCENTAGE
                                                                     OF STOCK OWNERSHIP

8

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**May  7, 2011**__          Signature __**/s/ John A Green**__

                                          **John A Green**
                                          Debtor

Date __**May  7, 2011**__          Signature __**/s/ Yolanda S Green**__

                                          **Yolanda S Green**
                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **John A Green**
**Yolanda S Green**
_____
Debtor(s)

Case No. _____

Chapter    **7**

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES        ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **May  7, 2011**_____        Signature   **/s/ John A Green**_____
**John A Green**
Debtor

Date  **May  7, 2011**_____        Signature   **/s/ Yolanda S Green**_____
**Yolanda S Green**
Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re  **John A Green**
     **Yolanda S Green** _____   Case No. _____
                                            Debtor(s)           Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ............................................   $ _____**2,500.00**

      Prior to the filing of this statement I have received ............................   $ _____**2,500.00**

      Balance Due ...........................................................................................   $ _____**0.00**

2.    The source of the compensation paid to me was:

      ■ Debtor      ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Preparation and filing of bankruptcy petition; attending meeting of creditors; exemption planning; negotiation of reaffirmation agreements; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; motions for relief from stay**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

      **Adversary proceedings; conversion; post-discharge litigation; appeals**
      **In a Chapter 7 case: redemption, judicial lien avoidance, amending a petition, list, schedule or statement postpetition not due to counsel's fault, and attending additional creditors' meetings due to the debtor's failure to appear at the first meeting without a good reason or prior notice.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May  7, 2011** _____    /s/ Alfredo J. Garcia ARDC No. _____
                                              **Alfredo J. Garcia ARDC No. 6282408**
                                              **LEDFORD & WU**
                                                **200 S. Michigan Avenue, Suite 209**
                                                  **Chicago, IL 60604-2406**
                                                  **(312) 294-4400  Fax: (312) 294-4410**
                                                  **notice@ledfordwu.com**

# LEDFORD & WU

200 S. Michigan Ave., Suite 209, Chicago, IL 60604
(312)294-4405  Fax: (312)294-4410

## ATTORNEY RETENTION CONTRACT



FOR OFFICE USE
Client No.
Responsible attorney

1. **Parties.** In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys. This contract shall supersede any prior contracts and agreements between the parties to the extent of inconsistency.

2. **Services:** Client retains Attorney for the following services:
☒ Chapter 7 (liquidation)  ☐ Chapter 13 (debt adjustment)  ☐ Chapter 11 (reorganization)  ☐ Other (specify): _____

3. **Scope of Representation:**
(a) Attorney will counsel and represent Client in all aspects of the above matter(s) for the fee specified in Paragraph 4 EXCEPT:  (1) _____ adversary proceedings; (2) § 722 redemption; (3) judicial lien avoidance; (4) post-discharge litigation; (5) appeals; (6) other: _____
(b) Attorney may agree, but is not obligated, to represent Client in the above excluded matters for an additional fee, to be agreed upon separately by the parties.

4. **Fees:**
☒ Chapter 7: $ ~~2500~~  PLUS $299 filing fee (court cost)
☐ Chapter 13: $ _____  PLUS $274 filing fee (court cost) (an additional Model Retention Agreement may apply)
☐ Chapter 11 or ☐ Other (specify): _____ ): $ _____  PLUS $ _____ filing fee (court cost)
☒ Expenses: $ 140 _____ (merged credit report, credit counseling, debtor education, postage and copying)
TOTAL: $ ~~2940~~  less retainer received: $ 100 _____  Fee balance: $ 2840 _____  To be paid by: 9/30/11.
The legal fee is an ☒ advance payment retainer  ☐ security retainer  ☐ classic retainer, and is a flat fee unless otherwise stated. Attorney is unable to represent Client without receiving an advance payment retainer since a security retainer will be within the reach of Client's creditors. Should hourly billing be necessary, Attorney's billing rates are $300-$350/hour for senior partners, $250/hour for junior partners and associates, and $90/hour for law clerks. The filing fee and expenses are subject to change at any time. The billing rates are subject to an annual review and potential increase every calendar year.
    The legal fee covers the initial consultation and all subsequent work. The case may be closed if the fees are not paid by the deadline. Additional legal fees and court costs may apply, and a separate contract may be required, in the event of extended evidentiary hearings, Rule 2004 examinations, audit, conversion from one chapter to another, amending a petition, list, schedule or statement post-filing not due to Attorney's fault, attending additional creditors' meetings, reopening of a closed case, unnecessary work caused by Client's delay, or any other fact not known to Attorney in writing at the time of the initial consultation that complicates the case. NSF checks will be assessed a $20 fee.

5. **Initial Consultation.** Client acknowledges that Attorney has explained the following (please initial):
_____ The options of Chapter 7 and Chapter 13 and that Client has made the choice identified in Paragraph 2
_____ The concepts of exemption, discharge and dischargeability, and pre-filing and post-filing procedures
_____ The difference among various types of retainer and that Client has made the choice identified in Paragraph 4
_____ *TIME IS OF THE ESSENCE. Any delay on Client's part may disqualify Client for the type of relief elected or otherwise adversely affect Client's case. Attorney may not be able to file the case, or take other necessary actions, until all requested documents and/or information, including but not limited to a certificate of credit counseling, are received by Attorney*
_____ Other (specify): _____
Client understands that the advice given during the initial consultation is preliminary and based on the information available at the time, and may change as the case is further analyzed, more facts discovered, or Client's circumstances or the law changed.

6. **Client's Duties.** Client agrees, during the course of representation, to:
(a) provide Attorney with full, accurate and timely information, financial and otherwise;
(b) follow Attorney's procedures and cooperate with Attorney in providing requested documents;
(c) promptly inform Attorney of any change of address, phone number, e-mail address or employment, or activation of military duty;
(d) inform Attorney before buying, selling, refinancing or transferring any real property in which Client has any interest, and before incurring any new debt, including but not limited to applying for an auto loan, personal loan, payday loan or title loan, applying for a credit card or line of credit, or using an existing credit card or line of credit; and
(e) promptly inform Attorney if Client becomes entitled to an inheritance, an asset as a result of a property settlement agreement with Client's spouse or a divorce decree, life insurance proceeds, or a monetary judgment, award or settlement.

7. **Co-counsel.** Client understands that more than one attorney may work on this case. Where necessary, Client agrees to employ one or more of the following outside counsel, at Attorney's expense, to work on this case: Alexandra B. Lewycky, Kathleen W. Vaught, Christina M. I Lass, Kelly M. Johnson, Wayne J. Skelton, Arturo P. Gonzalez, David L. Davitt, Gary C. Flanders, David Hall Carter, and_____

8. **Termination.** Client may discharge Attorney at any time, subject to payment of any fee owed for the services already rendered. Attorney may terminate the representation as permitted by the Illinois Rules of Professional Conduct and Local Bankruptcy Rules. Any flat fee for a bankruptcy case is advance payment for future services, becomes Attorney's property upon receipt, and is nonrefundable upon filing of the petition. In the event the representation is terminated by either party before filing and Client has paid Attorney more than $300, Attorney will provide Client with a detailed itemization of the services rendered in support of any fee charged at the rate set forth in Paragraph 4, Attorney will reimburse Attorney for any expenses, including those that otherwise would be free of charge, and Client authorizes Attorney to apply the filing fee and any payment for expenses that have not been incurred towards the attorney's fee, subject to the requirements set forth herein.

X _John Green_ _____   X _Melanie Collen Green_ _____  Date: 4/16/11



**LEDFORD & WU**
200 S. Michigan Ave., Suite 2C, Chicago, IL 60604
(312)294-4405  Fax: (312)294-4410

## CONSULTATION AGREEMENT



*THIS AGREEMENT IS REQUIRED BY FEDERAL LAW (11 U.S.C. § 528(a))*

1. **Parties**: In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys.

2. **Purpose**: Client has requested the opportunity to consult with and obtain information and advice from Attorney concerning options for relief from debts, including filing bankruptcy. This agreement is for purposes of that consultation only.

3. **Client's Duties:** In order for Attorney to give meaningful advice, Client agrees to give accurate, honest, full and fair disclosure of financial information concerning income over the past three years from all sources, monthly living expenses, the type and amount of all debts (including names and addresses of all creditors), all assets and property owned by the client, wherever located and by whomever held, and any additional information determined by Attorney to be relevant.

4. **Services**: The attorney agrees to provide Client with the following services:

    a. analyzing Client's financial circumstances based on information provided by Client;

    b. to the extent possible, advising Client of bankruptcy options and non-bankruptcy options based on the information provided by Client;

    c. if Client has not provided Attorney with sufficient information upon which to fully advise Client on Client's options, informing Client what additional information Client needs to provide in order to enable Attorney to provide such advice and information;

    d. advising Client of the requirements placed upon Client to file a bankruptcy; and

    e. to the extent possible, quoting a fee for providing bankruptcy assistance to Client

5. **Fees**: Unless otherwise noted below, a consultation fee will be waived if Client decides not to retain Attorney, in which case the attorney-client relationship shall terminate at the conclusion of the interview. In the event that Client decides to retain Attorney in order to file a bankruptcy case, a new written contract, and a Model Retention Agreement if applicable, must be signed by Client and Attorney, which shall supersede this agreement. The new agreement(s) will also provide a detailed explanation of the services to be performed by Attorney and a breakdown of the costs.

Note: Client agrees to pay $ _____ in nonrefundable consultation fee.

6. **Acknowledgement**: Client acknowledges that the first date upon which Attorney provided any bankruptcy assistance to Client is the date noted above, and that Attorney provided Client with a copy of this agreement and the disclosure and information mandated by Section 527(b) of the Bankruptcy Code.

x _____    x _____ Date: 4 / 9 / 11

Copyright © 2010  Ledford & Wu

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **John A Green**
**Yolanda S Green**                       Case No. _____

                   Debtor(s)          Chapter     **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**John A Green**
**Yolanda S Green** _____    X   **/s/ John A Green** _____    **May 7, 2011**
Printed Name(s) of Debtor(s)                            Signature of Debtor                Date

Case No. (if known) _____    X   **/s/ Yolanda S Green** _____    **May 7, 2011**
                                          Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re    **John A Green**
     **Yolanda S Green**                                Case No. _____

                                  Debtor(s)       Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     _____ **210**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May  7, 2011** _____      **/s/ John A Green** _____
                                           **John A Green**
                                           Signature of Debtor

Date:   **May  7, 2011** _____      **/s/ Yolanda S Green** _____
                                           **Yolanda S Green**
                                           Signature of Debtor

ACC International
1175 Devin Dr.
Muskegon, MI 49441


Acct Recov
555 Van Reed Rd
Wyomissing, PA 19610


ACN
PO Box 742546
Cincinnati, OH 45274


ACN
411 Third Street
Gwinn, MI 49841


Adler & Associates
25 E. Washington St.
#500
Chicago, IL 60602


Advance Cash America
6229 W. Saginaw
Lansing, MI 48917


Allied Business Accounts
300 1/2 2nd St.
PO Box 1600
Clinton, IA 52733


Alverno Advanced Life
PO Box 747
Chicago Heights, IL 60411


American Collections
919 Estes Ct
Schaumburg, IL 60193


American Credit Educators
2000 S. Colorado Boulevard
Tower One, Suite 3300
Denver, CO 80222

Ameritech Complete Card
Box 88000
Baltimore, MD 21288


AMS
PO Box 19617
Indianapolis, IN 46219-0617


Angelia L. Sowell
C/O McCullough Campbell & Lane
205 N. Michigan, Suite 4100
Chicago, IL 60601


AR Resources
PO Box 1056
Blue Bell, PA 19422


AR Resources, Inc.
1777 Sentry Parkway W
Blue Bell, PA 19422


Arnoldharris/Med Business Bureau
1460 Renaissance Dr
Park Ridge, IL


Aronson Furniture
C/O Freedman Anselmo Lindberg
1807 W. Diehl
Naperville, IL 60566


Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714


Asset Acceptance
PO Box 2036
Warren, MI 48090


Asset Acceptance
P.O. Box 2036
Warren, MI 48090


Assoc. St. James Radioligists
PO Box 3463
Springfield, IL 62708

Associated St. James Radiologists
PO Box 3463
Springfield, IL 62708


AT & T
P.O.Box 8100
Aurora, IL 60507


Bally Total Fitness
PO Box 1090
Norwalk, CA 90650


Baystate Gas-brockton
Po Box 67015
Harrisburg, PA 17106


Bennett & DeLoney
1265 E. Fort Union Blvd., Suite 250
Midvale, UT 84047-1808


Blitt and Gaines PC
661 Glenn Avenue
Wheeling, IL 60090


Blue Cross Blue Sheild
300 East Randolph
Chicago, IL 60601


Board Water & Light
PO Box 13007
Lansing, MI 48901


Boehm & Pearstein LTD
33 N. LaSalle
Suite 3600
Chicago, IL 60602


Buy Rite Furniture
1115 S. Washington
Lansing, MI 48910


Capital Management
726 Exchange Street
Buffalo, NY 14210

Capital One
PO Box 5294
Carol Stream, IL 60197


Capital One Bank
P.O. Box 85523
Richmond, VA 23285


Carson Pirie Scott
PO Box 10327
Jackson, MS 39289


Cb Usa Inc
5252 S Hohman Ave
Hammond, IN 46320


CB USA, Inc.
PO Box 8000
Hammond, IN 46325


CCB
PO Box 63
Kankakee, IL 60901


CCB
118 E. Main Street
Crawfordsville, IN 47933


Cds/collection Agency
Attn: Bankruptcy
5200 Stoneham Rd Suite 200
North Canton, OH 44720


Check N Go
639 W. 14th Pl.
Chicago Heights, IL 60411


Checkboo Loan Dept.
880 Lee Street
Suite 302
Des Plaines, IL 60016


Chgo Po Ecu
10025 S Western Ave
Chicago, IL 60643

Chicago Acceptance
C/O Nationwide Acceptance
3435 N. Cicero
Chicago, IL 60641


City of Chicago
2006 E. 95th Street
Chicago, IL 60617


Clear Check System
P.O. Box 27087
Greenville, SC 29616-2087


Clear TEl Communications
PO Box 4669
Winter Park, FL 32793


Collectech Systems, Inc.
PO Box 4157
Woodland Hills, CA 91365


Columbia House
PO Box 91601
Indianapolis, IN 46291


Comcast
PO Box 3002
Southeastern, PA 19398


Comcast
11621 E. Marginal Way S
Seattle, WA 98168-1965


ComEd
P.O.Box 6111
Carol Stream, IL 60197-6111


ComEd
Bill Payment Center
Chicago, IL 60668


Consultants in Pathology
PO Box 3475
Toledo, OH 43607

Consultants in Pathology
5935 Rivers Ave.
Suite 101
Charleston, SC 29406


Consultants in Pathology
PO Box 30309
Charleston, SC 29417


Consultants in Pathology
PO Bozx 9231
Michigan City, IN 46361-9231


Consumers Energy
PO Box 30079
Lansing, MI 48937


Cook County Treasurer
118 N. Clark St., Room 112
Chicago, IL 60602


Cook County Treasurer
PO Box 4468
Carol Stream, IL 60197-4476


CorTrust Bank
PO Box 5431
Sioux Falls, SD 57117-5431


Credit Acceptance
Attn: Bankruptcy
Po Box 551888
Detroit, MI 48255


Credit Acceptance
4590 East Broad Street
Columbus, OH 43213


Credit Management
4200 International Pwy
Carrolton, TX 75007


Creditors Collection
PO Box 63
Kankakee, IL 60901

Creditors Collection B
755 Almar Pkwy
Bourbonnais, IL 60914


Creditors Collection Bureau
PO Box 63
Kankakee, IL 60901


Credtrs Coll
755 Almar Pkwy
Bourbonnais, IL 60914


CVS
1 CVS Drive
Woonsocket, RI 02895


Dakota State Bank
P.O. Box 30383
Tampa, FL 33630


Datasearch Inc
Po Box 461289
San Antonio, TX 78246


DEMG
Po Box 8348
Van Nuys, CA 91409


Dept Of Ed/sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


Deutsche Bank Trust Company
1011 Centre Road, Suite 200
Wilmington, DE 19805


Direct TV
PO Box 9001069
Louisville, KY 40290


Direct TV
507 Prudential Rd
Horsham, PA 19044

Eastern Collection Corporation
1626 Locust Avenue
Bohemia, NY 11716


Edelstein & Edelstein
3825 W. Montrose Ave.
Chicago, IL 60618


Emergency Care Health Organization
555 W. Court Street
Suite 410
Kankakee, IL 60901


Emergency Care Health Organization
PO Box 2065
Seattle, WA 98111


Emergency Care Health Organization
PO Box 808
Grand Rapids, MI 49518


Emergency Healthcare Physicians
PO Box 366
Hinsdale, IL 60522


Escalate LLC
PO Box 714017
Columbus, OH 43271


Financial Credit Corp.
PO Box 9064
Brandon, FL 33509


First National Credit Card
500 E. 60th Street
Sioux Falls, SD 57104


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


First Rate Financial
180 S. Bolingbrook Rd.
Bolingbrook, IL 60440

Fisher & Shapiro LLC
4201 Lake Cook Road
Northbrook, IL 60062


Fitness Quest
1400 Raff Rd. SW
Canton, OH 44710-2320


Fncc
Attn: Bankruptcy
Po Box 5097
Sioux Falls, SD 57117


Food For Less
5556 159th Street
Oak Forest, IL 60452


Food For Less
PO Box 54143
Los Angeles, CA 90054


Freedman Anselmo Lindberg and
1807 W. Diehl Rd., Suite 333
PO Box 3228
Naperville, IL 60566-7107


Genesis Lending Servic
8405 Sw Nimbus Ave Ste A
Beaverton, OR 97008


Grt Sub Acc
1645 Ogden Ave
Downers Grove, IL 60515


Guaranty Bank
PO Box 240200
Milwaukee, WI 53223


Guaranty Bank
Attn: Overdraft Dept.
4000 W. Brown Deer Road
Milwaukee, WI 53223

Honor Finance
1731 Central
Evanston, IL 60201


I C System
Po Box 64378
Saint Paul, MN 55164


I C System Inc
Po Box 64378
Saint Paul, MN 55164


ICS Collection Service
PO Box 1010
Tinley Park, IL 60477


Illinois Department of Employment
Security
P.O.Box 6976
Chicago, IL 60680-6996


Illinois Department of Revenue
P.O.Box 19006
Springfield, IL 62794-9006


Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph Street
Chicago, IL 60601


Illinois Tollway
2700 Ogden Ave.
Downers Grove, IL 60515


Illinois Tollway
PO Box 5201
Lisle, IL 60532


Imagine Card
PO Box 105341
Atlanta, GA 30348


Imagine Mastercard
P.O. Box 105555
Atlanta, GA 30348

James K. Leven
203 N. LaSalle
Suite 2100
Chicago, IL 60601


James M. O'Dea
10707 W. 159th St.
Orland Park, IL 60467-4531


JBC & Associates
2 Broad Street, 6th Floor
Bloomfield, NJ 07003


Jefferson Capital
7575 Corporate Way
Eden Prairie, MN 55344


Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303


Larry J. Meyer
205 W. Randolph St., Suite 820
Chicago, IL 60606


LaSalle Bank
Dept 8700
135 S LaSalle St
Chicago, IL 60674-8700


LaSalle Bank
2600 W. Big Beaver Road
Troy, MI 48084


Little Company of Mary Hosp.
2800 W. 95th St.
Evergreen Park, IL 60642


Litton Loan Servicing
4828 Loop Central Dr
Houston, TX 77081


LTD Financial Goods or Services
7322 SW Freeway, Ste. 1600
Houston, TX 77074

Malcolm S. Gerald and Assoc.
332 S. Michigan Ave., Suite 600
Chicago, IL 60604


Matteson Public Library
801 S. School
Matteson, IL 60443


Matteson School District
3625 W. 21st Street
Matteson, IL 60443


Matteson School District 162
3625 W. 21st Street
Matteson, IL 60443


Medical Payment Data
61 W. 144th Street
Riverdale, IL 60827


Menards
Retail Services
P.O.Box 15521
Wilmington, DE 19850-5521


Menards
PO Box 6152
Rapid City, SD 57709-6152


Menards
P.O. Box 17602
Baltimore, MD 21297


Merchants Cr
223 W Jackson Blvd Ste 4
Chicago, IL 60606


Midamerica Cardio. Consultants
5009 W. 95th St.
Oak Lawn, IL 60453


Midwest Neoped Associates LTD
PO Box 2686
Carol Stream, IL 60132-2686

Midwest Pediatric Cardiology
1482 Momentum Place
Chicago, IL 60689


Midwest Physicians Group
PO Box 95401
Chicago, IL 60694


Miramedrg
991 Oak Creek Dr
Lombard, IL 60148


National Credit Adjust
Po Box 3023
Hutchinson, KS 67504


National Credit Adjusters
PO Box 3023
327 W. 4th Street
Hutchinson, KS 67504


Nationwide
P.O. Box 3159
Hinsdale, IL 60522


NCO Financial
507 Prudential Rd
Horsham, PA 19044


Ned J. Bacon DDS
PO Box 184
Saint Johns, MI 48879


Nicor Gas
P.O.Box 632
Aurora, IL 60507-0632


Nicor Gas
P.O. Box 416
Aurora, IL 60568


Nicor Gas
1844 Ferry Road
Naperville, IL 60563

Northshore Agency Inc.
270 Spagnoli Road
Melville, NY 11747


Norwest Capital Investments Inc.
PO box 1207
Hallandale, FL 33008


Oral Surgery Center
19838 S. Halsted
Chicago Heights, IL 60411-1287


Palisades Collection
Attn: Bankruptcy
3348 Ridge Rd
Lansing, IL 60438


Park Forest Fire Dept.
Dept. 2k
PO Box 457
Wheeling, IL 60090


Patricia M. Fennell
424 Davis Street
Downers Grove, IL 60515


PayDay One
4150 International Plaza, Ste 400
Fort Worth, TX 76109


Payday One
PO Box 101842
Fort Worth, TX 76185


Plumtree Apartments
229 Plumwood Drive
Lansing, MI 48917


Premier Bank Card
3820 N. Louise Ave
Sioux Falls, SD 57107


Providian
4900 Johnson Drive
Pleasanton, CA 94588

Quad Corpora
3536 Jersey Ridge
Davenport, IA 52807


RCS
PO Box 7229
Westchester, IL 60154


Rcvmngcorp
23800 W 10 Mile Rd Ste 1
Southfield, MI 48033


Recievables Management
PO BOX 1385
Saginaw, MI 48605


Revenue Cycle Solution
PO Box 7229
Westchester, IL 60154


Reward Zone Mastercard
P.O. Box 17051
Baltimore, MD 21297


Rewards 660
PO Box 89937
Sioux Falls, SD 57109


RMA
802 E. Martin Town Road
Suite 201


RMA
802 E. Martin Town Road
Suite 201
North Augusta, SC 29841


Rockford Health Systems
2400 N. Rockton Ave.
Rockford, IL 61103


Rwds660-dsb
211 N Main
Blunt, SD 57522

Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773


SBC
Law Department
225 W. Randolph, Suite 27A
Chicago, IL 60606


SBC
Bankruptcy Department
PO Box 769
Arlington, TX 76004


SBC Ameritech/Capital One
PO Box 769
Arlington, TX 76004


Security Check LLC
2612 Jackson Avenue West
Oxford, MS 38655


Sisters of St. Francis Health Srvs
2831 W. 24th Blvd.
Chicago, IL 60623


Sorman & Frankel Ltd.
203 N. Lasalle St
Suite 2350
Chicago, IL 60601


South Suburban Neurology
Po Box 280
Chicago Heights, IL 60412


South Suburban Neurology
3235 Vollmer Road
Flossmoor, IL 60422


Sparrow Health System
8000 Reliable Parkway
Chicago, IL 60686

Sprint PCS
PO Box 4181
Carol Stream, IL 60197-4181


St. Francis Hospital
12935 S. Gregory St.
Blue Island, IL 60678


St. Francis Hospital
P.O. Box 220283
Chicago, IL 60622


St. James Anesthesia
20201 Crawford
Olympia Fields, IL 60461


St. James Anesthesia
20201 Crawford Ave
Olympia Fields, IL 60461


St. James Health Center
35777 Eagle Way
Chicago, IL 60678


St. James Hospital
2434 Interstate Plaza
Hammond, IN 46324


St. James Hospital
9603 Deerco Road
Suite 200
Lutherville Timonium, MD 21093


St. James Hospital
20201 South Crawford Avenue
Olympia Fields, IL 60461


St. James Hospital
19990 Governors Highway
Olympia Fileds, IL 60461


St. James Hospital
37653 Eagle Way
Chicago, IL 60678

St. James Hospital
PO Box 580
Chicago Heights, IL 60411


St. James Hospital
1423 Chicago Road
Chicago Heights, IL 60411


St. James Hospital & Health Ctr.
37653 Eagle Way
Chicago, IL 60678-1376


St. James Radiologists
PO Box 3597
Springfield, IL 62708


St. James Radioloy
722 Almar Parkway
Bourbonnais, IL 60914


State Farm Bank
PO Box 2316
Bloomington, IL 61702


State Farm Insurance
2702 Ireland Grove Rd
Bloomington, IL 61702


State of Michigan Judicial District
124 W. Michigan
Case No. 11-00225sc
Lansing, MI 48933


Sun Star Acceptance
17310 Red Hill Ave.
Irvine, CA 92614


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


TCF National Bank
Attn: Mail Code 268-01-L
500 Joliet Road
Willowbrook, IL 60527

TCF National Bank
800 Burr Ridge Parkway
Burr Ridge, IL 60527


Time Life
100 Time Life Way
Virginia Beach, VA 23479-2000


Transworld Systems
9525 Sweet Valley Drive
Valley View, OH 44125


Transworld Systems Inc.
25 Northwest Point Blvd., Ste. 750
Elk Grove Village, IL 60007


Tridentasset.com
5755 N Point Pkwy
Alpharetta, GA 30022


TSI Telephone Company
P.O. Box 73626
Cleveland, OH 44193


Unique National Collec
119 E Maple St
Jeffersonville, IN 47130


United Auto Credit
P.O. Box 1548
Homewood, IL 60430-0548


University of Illinois Medical Cent
8332 Innovation Way
Chicago, IL 60682


Value City Furniture
PO Box 15221
Wilmington, DE 19850-5521


Village of Olympia Fields
20040 Governors Highway, Suite 2
Olympia Fields, IL 60461-1188

Village of Park Forest
350 Victory Dr.
Park Forest, IL 60466


Walt's Foods
c/o National Revenue Corp.
400 E. 5th Avenue
Columbus, OH 43219


Walts Food Center
16039 Harlem Ave
Tinley Park, IL 60477


Wellgroup Health Partners LLC
333 Dixie Highway
Chicago Heights, IL 60411-1748